550 A.2d 195

**PENNSYLVANIA INDEPENDENT PETROLEUM PRODUC-ERS, a non-profit corporation, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF EN-VIRONMENTAL RESOURCES, and Nicholas DeBenedictis, Secretary of the Department of Environmental Resources of the Commonwealth of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued Oct. 25, 1988.

Decided Nov. 14, 1988.

Thomas L. Cooper, Gilardi, Cooper & Gismondi, P.A., Pittsburgh, for appellant.

Jerome T. Foerster, Office of the Atty. Gen., Justina M. Wasicek, Harrisburg, for appellees.

Before NIX, C.J., and LARSEN, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Order affirmed.

FLAHERTY, J., did not participate in the consideration or decision of this case.

LARSEN, J., dissents.